UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD VAN REUTH, et al.,

    Plaintiffs,

v.                                           CASE NO: 8:01-cv-2282-T-23MAP

SRI/SURGICAL EXPRESS, INC., et al.,

    Defendants.
_____/

**ORDER**

    The lead plaintiffs move (Doc. 47, 48) unopposed for distribution of class settlement funds. Pursuant to the stipulation and agreement of settlement (the "stipulation") and court orders approving the stipulation (Docs. 37, 45), the lead plaintiffs seek an order (1) approving Gilardi & Co. LLC's administrative determinations for accepting and rejecting claims; (2) directing payment out of the Settlement Fund[1] to Gilardi & Co. LLC for fees and expenses incurred administrating the Settlement; (3) directing payment out of the Settlement Fund to the Certified Public Accounting firm of Eisner LLP for fees and expenses incurred preparing tax returns; (4) directing distribution of the Settlement Fund to Class Members whose Proofs of Claim have been accepted; and (5) authorizing destruction of Proof of Claim forms and electronic copies of claim records.

---

[1] All capitalized terms in this order have the meanings set forth in the parties' stipulation and agreement of settlement (Doc. 36) and/or this order.

Gilardi & Co. LLC's administrative determinations and actions for accepting and rejecting claims are **APPROVED**, and the lead plaintiffs' motion (Doc. 47, 48) for distribution of the class settlement fund is **GRANTED**.  Accordingly, the Court authorizes payments from the Settlement Fund of (1) $18,271.00 to Gilardi & Co. LLC for fees and expenses incurred administering the Settlement and (2) $5,600.00 to Eisner LLP for fees and expenses incurred preparing tax returns for the Settlement Fund for the years 2003, 2004, and 2005.

The balance of the Settlement Fund after the deduction of the approved payments to Gilardi & Co. LLC and Eisner LLP will be distributed to the Class Members as described in the motion and accompanying affidavit.  The proposed disposition of any "unclaimed/uncashed balance" and the proposed procedures for destruction of paper copies of Proof of Claim forms and electronic copies of claim records are **APPROVED**.

ORDERED in Tampa, Florida, on August 2, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy